Sara HOOVER, Petitioner

v.

Seth Allen STINE, Commonwealth of Pennsylvania Department of Transportation and the Borough of Waynesboro, Respondents

**No. 904 MAL 2016**

Supreme Court of Pennsylvania.

June 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.